IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK CRESS,** | : |
| **Plaintiff,** | : |
| | : No. 13-89 |
| v. | : |
| **ODEIDA DALMASI, et al.,** | : |
| **Defendants.** | : |

## ORDER

AND NOW, this \_\_5th\_\_ day of May, 2014, upon consideration of Defendants Odeida Dalmasi, Hussain Bokhari, Akinwale Sogo, Edward Bangor, Harley Lappin, Brian Patton, and Troy Levi's unopposed Motion to Dismiss or, In the Alternative, for Summary Judgment (Doc.11), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, C.J.